[No. 21106-8-II.    Division Two.    August 14, 1998.]

VERLEY HAWKINS, *Respondent*, v. YUKIE MARSHALL, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-05826-0, Nile E. Aubrey, J., entered July 26, 1996. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J. Now published at 92 Wn. App. 38.

[No. 21725-2-II.    Division Two.    August 14, 1998.]

CAREY J. ENSIGN, *Appellant*, v. THE DEPARTMENT OF RETIREMENT SYSTEMS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-03268-0, Gary Tabor, J., entered February 12, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 22280-9-II.    Division Two.    August 14, 1998.]

*In the Matter of the Marriage of* JEANNE M. MCLAUGHLIN, *Appellant*, and DAVID M. MCLAUGHLIN, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 52529, James E.F.X. Warme, J., entered July 30, 1997. *Reversed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 22630-8-II.    Division Two.    August 14, 1998.]

MARY MAE MARTIN, ET AL., *Appellants*, v. TOYS "R" US, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-2-02892-3, Christine A. Pomeroy, J., entered March 14, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.